IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENITO CRAIG CASTRO,<br><br>Defendant. | CR 21-59-BLG-SPW<br><br>NOTICE TO U.S. MARSHAL TO TRANSPORT DEFENDANT |

Notice is hereby given to the United States Marshal's Service that Defendant has filed a Notice (Doc. 56) with this Court of his request to be present at his re-sentencing hearing on November 9, 2023. Defendant is currently in the custody of the Bureau of Prisons at Florence FCI in Florence, Colorado. The United States Marshal's Service is to ensure Defendant's presence at his re-sentencing hearing on **November 9, 2023**, in Billings, Montana, and to deliver Defendant back to the custodial facility at the conclusion of that hearing.

The Clerk of Court is directed to notify counsel, U.S. Probation and the U.S. Marshals Service of the entry of this Order.

DATED this 13th day of September, 2023.

SUSAN P. WATTERS
United States District Judge

1